UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

R.P. and P.V., individually and on behalf of L.P., a child with a disability,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.

25-CV-1818 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's March 7, 2025 Order, ECF No. 4, the parties were required to file a joint letter, the contents of which are described that order, no later than two weeks from the date of that order. To date, the parties have not filed a joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 27, 2025**.

    SO ORDERED.

Dated: March 24, 2025
       New York, New York

                                          ARUN SUBRAMANIAN
                                        United States District Judge